```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
VONG JOHN SENETHAVISOUK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 22 CR 271 JLT |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA AS ATTORNEY OF RECORD [~~PROPOSED~~ ORDER] |
| V. | |
| VONG JOHN SENETHAVISOUK, | |
| Defendant. | |

    On March 4, 2024, a Petition for Warrant was filed, alleging six violations of supervised release. On July 17, 2025, Magistrate Judge OBERTOE appointed attorney James R. Homola to represent Mr. SENETHAVISOUK. On July 30, 2025, Mr. SENETHAVISOUK admitted the violations, and on September 2, 2025, he was sentenced to six months in custody, in proceedings before Judge Jennifer L. Thurston.

    Mr. SENETHAVISOUK was released from custody, the sentence having been served by the time of sentencing. The Probation Officer has notified counsel that Mr. SENETHAVISOUK has subsequently failed to report, as ordered, and no current address or contact information is available.

    The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his

representation of Mr. SENETHAVISOUK, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: September 17, 2025

    Respectfully submitted    /s/ James R. Homola
                                           JAMES R. HOMOLA
                                           Attorney for Defendant

## [PROPOSED] ORDER

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant SENETHAVISOUK at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

    VONG JOHN SENETHAVISOUK
    Fresno County Jail
    PO Box 872
    Fresno, CA  93712

**IT IS SO ORDERED**

Dated: _____Sept. 23_____, 2025        /s/ Jennifer L. Thurston
                                                  JENNIFER L. THURSTON
                                                  United States District Judge