**Lanae Oviedo, SBN# 333049**
**Law Office of Lanae Oviedo**
**1435 L Street**
**Fresno, California 93721**
**Telephone (559) 710-2500**
**loviedolaw@outlook.com**

Attorney for Defendant VONG JOHN SENETHAVISOUK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>VONG JOHN SENETHAVISOUK,<br><br>Defendant. | Case No. 1:22-cr-00271-JLT-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING**<br><br>Date: October 2, 2026<br>Time: 2:00 p.m.<br>Judge: Erin Guy Castillo |

IT IS HEREBY STIPULATED by the defendant, VONG JOHN SENETHAVISOUK, by and through his counsel, Lanae Oviedo, and the United States of America, by and through its counsel, Assistant United States Attorney, Cody Chapple, that the Status Conference hearing currently set for October 2, 2026, be continued to November 12, 2026.

Counsel for Mr. Senethavisouk has requested the continuance in order to investigate the alleged violations of Mr. Senethavisouk.

IT IS SO STIPULATED.

Dated: September 24, 2026

*/s/ Lanae Oviedo*

**Lanae Oviedo**
Attorney for Defendant

Dated: September 24, 2026

*/s/ Cody Chapple*

**Cody Chapple**
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Status Conference hearing currently set for October 2, 2026, is hereby continued to November 12, 2026, at 2:00p.m.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Erin Sanguy Castillo
UNITED STATES MAGISTRATE JUDGE